1  BAKER BOTTS L.L.P.
   Kevin M. Sadler (SBN 283765)
2  kevin.sadler@bakerbotts.com
   Elizabeth K. Boggs (SBN 280555)
3  betsy.boggs@bakerbotts.com
   1001 Page Mill Road
4  Building One, Suite 200
   Palo Alto, CA 94304
5  Telephone: 650-739-7500
   Facsimile: 650-739-7699
6  Attorneys for Defendants
   LINNCO, LLC and LINN ENERGY, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G. DANA FRENCH, in his capacity as Representative of the Estate of Clarence J. Bennett,<br><br>   Plaintiff,<br><br>   v.<br><br>LINNCO, LLC and LINN ENERGY, LLC, Delaware limited liability companies,<br><br>   Defendants. | Case No. 1:15-cv-01955-DAD-MJS<br><br>**STIPULATION TO EXTEND TIME TO ANSWER AND RESET MANDATORY SCHEDULING CONFERENCE; ORDER GRANTING STIPULATION** |

**STIPULATION**

Plaintiff filed this lawsuit in December 2015 and requested a waiver of service on January 6, 2016. Defendants agreed to waive service and, under FRCP 4, therefore have until March 7, 2016 to answer or respond to the complaint. Because the parties are communicating in an attempt to seek resolution of the issues that give rise to the complaint, the parties hereby stipulate to an extension of Defendants' time to answer or respond to the complaint until April 6, 2016, and to request that the Court reset the Mandatory Scheduling Conference in this matter from April 7, 2016 to May 12, 2016.

Accordingly, **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective counsel, to stipulate to an extension of Defendants' time to answer or respond to the complaint until April 6, 2016, and to request that the Court reset the Mandatory Scheduling Conference in this matter from April 7, 2016 to May 12, 2016.

STIPULATION TO EXTEND TIME TO ANSWER AND RESET MANDATORY SCHEDULING CONFERENCE   -1-   CASE NO. 1:15-cv-01955-DAD-MJS

| | |
|---|---|
| DATED: March 3, 2016 | WANGER JONES HELSLEY PC |
| | By: /s/ Kurt F. Vote (by permission) |
| |    Kurt F. Vote |
| | Attorneys for Plaintiff |
| | CLARENCE J. BENNETT |
| DATED: March 3, 2016 | BAKER BOTTS L.L.P. |
| | By:/s/ Kevin M. Sadler |
| |    Kevin M. Sadler |
| | Attorneys for Defendants |
| | LINNCO, LLC and LINN ENERGY, LLC |

1  **ORDER**

2   **GOOD CAUSE APPEARING** from the Stipulation of the parties as set forth above, the
3  Court being fully advised, **IT IS SO ORDERED** that the Stipulation be effectuated and that
4  Defendants' time to answer or respond to the complaint shall be extended until April 6, 2016, and
5  the Mandatory Scheduling Conference shall be rescheduled for May 19, 2016 at 10:30 AM before
6  Magistrate Judge Michael J. Seng.

7   IT IS SO ORDERED.

9   Dated:   March 3, 2016     /s/
10  *Michael J. Seng*

11   UNITED STATES MAGISTRATE JUDGE

STIPULATION TO EXTEND TIME TO ANSWER     -3-     CASE NO. 1:15-cv-01955-DAD-MJS
AND RESET MANDATORY SCHEDULING
CONFERENCE