**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Kurt F. Vote #160496
Micaela L. Neal #287107

Attorneys for:   Plaintiff G. Dana French, as Personal Representative of the Estate of Clarence J. "Peter" Bennett

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA–FRESNO DIVISION

| | |
|---|---|
| G. DANA FRENCH, as Personal Representative of the ESTATE OF CLARENCE J. "PETER" BENNETT,<br><br>Plaintiff,<br><br>vs.<br><br>LINNCO, LLC, a Delaware limited liability company and LINN ENERGY, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 1:15-CV-01955-DAD-MJS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND AND RESET MANDATORY SCHEDULING CONFERENCE; ORDER GRANTING STIPULATION** |

The parties to this Agreement are Plaintiff G. Dana French, as Personal Representative of the Estate of Clarence J. "Peter" Bennett ("Plaintiff"), and Defendants Linnco, LLC, a Delaware limited liability company, and Linn Energy, LLC, a Delaware limited liability company (collectively, "Defendants").

## **RECITALS**

WHEREAS, Plaintiff originally filed the Complaint in this matter on December 30, 2015; and

///

///

///

WHEREAS, Defendants waived service on January 6, 2016, and their Answers were originally due on March 7, 2016; and

WHEREAS, by Stipulation filed and Order entered March 3, 2016, the parties agreed to extend Defendants' time to respond to the Complaint to April 6, 2016, and to continue the Mandatory Scheduling Conference to May 19, 2016; and

WHEREAS, Plaintiff and Defendants have reached a settlement of this matter in principle, which must now be memorialized in writing; and

WHEREAS, in order to allow the parties time to finalize the settlement agreement and secure its execution, Plaintiff has agreed to provide Defendants with another 30 day extension to respond to the Complaint, as set forth in this Stipulation; and

WHEREAS, Plaintiff and Defendants agree that the new deadline for Defendants to file a response to the Complaint shall be May 6, 2016; and

WHEREAS, Plaintiff and Defendants agree that the Mandatory Scheduling Conference should be continued to June 9, 2016.

**STIPULATION**

1. Plaintiff has consented to an extension of time of 30 days for Defendants to file a response to the Complaint.

2. Plaintiff and Defendants agree that the new deadline for Defendants to file a response to the Complaint shall be May 6, 2016.

3. Plaintiff and Defendants agree that the Mandatory Scheduling Conference should be continued to June 9, 2016, at 10:30 a.m., pursuant to the Court's calendar.

///
///
///
///
///
///

{7495/003/00611058.DOCX}     2     Case No. 1:15-CV-01955-DAD-MJS
STIPULATION TO EXTEND TIME TO RESPOND AND RESET MANDATORY SCHEDULING CONFERENCE;
[PROPOSED] ORDER GRANTING STIPULATION

| | | |
|---|---|---|
| 1 | Dated: April 6, 2016 | WANGER JONES HELSLEY PC |
| 2 | | By: /s/ Kurt Vote |
| 3 | | Kurt F. Vote |
| 4 | | Micaela L. Neal |
| | | Attorneys for Plaintiff G. Dana French, as |
| 5 | | Personal Representative of the Estate of |
| | | Clarence J. "Peter" Bennett |
| 6 | | |
| 7 | Dated: April 6, 2016 | |
| 8 | | By: /s/ Sasha Vaikhman |
| 9 | | Sasha Vaikhman |
| | | Attorney for Defendants Linnco, LLC & |
| 10 | | Linn Energy, LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Court has reviewed and considered the Stipulation to Extend Time to Respond and Reset Mandatory Scheduling Conference that was entered into by Plaintiff G. Dana French, as Personal Representative of the Estate of Clarence J. "Peter" Bennett ("Plaintiff"), and Defendants Linnco, LLC, a Delaware limited liability company, and Linn Energy, LLC, a Delaware limited liability company (collectively, "Defendants").

The Court being informed, and after full consideration of the Stipulation, concludes that extensions agreed to therein shall be approved.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. The Stipulation to Extend Time to Respond and Reset Mandatory Scheduling Conference is approved.

2. The new deadline for Defendants to file a response to the Complaint shall be May 6, 2016.

3. The Mandatory Scheduling Conference is continued to June 9, 2016, at 10:30 a.m.

IT IS SO ORDERED.

Dated:   April 7, 2016                     /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE