UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. DANA FRENCH, as personal representative of the Estate of CLARENCE J. BENNETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LINNCO, LLC and LINN ENERGY, LLC,<br><br>Defendants. | No. 1:15-cv-01955-DAD-MJS<br><br><br>ORDER |

In light of the notice of bankruptcy proceedings under the lead case, *In re Linn Energy, LLC*, No. 16-60040 (Bankr. S.D. Tex.), as to defendants Linnco, LLC and Linn Energy, LLC (Doc. No. 17), this action is stayed pending resolution of the bankruptcy proceedings. Accordingly, all pending deadlines and hearing dates in this case are hereby vacated. The parties are directed to file a report with this court every 180 days, or upon completion of the bankruptcy proceedings, advising this court of the status of those proceedings.

IT IS SO ORDERED.

Dated:  **May 13, 2016**                                   _____
                                                                            UNITED STATES DISTRICT JUDGE

1