1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   G. DANA FRENCH, as personal                    No.  1:15-cv-01955-DAD-MJS
     representative of the ESTATE OF
12   CLARENCE J. "PETER" BENNETT,

13              Plaintiff,                           ORDER DIRECTING THE CLERK OF THE
                                                     COURT TO CLOSE THE CASE
14         v.
                                                     (Doc. No. 19)
15   LINNCO, LLC, a Delaware limited
     liability company; and LINN ENERGY,
16   LLC, a Delaware limited liability company,

17              Defendants.

18

19         On July 12, 2016, the parties filed a joint stipulation dismissing the action with prejudice

20   and with each party to bear its own costs and attorneys' fees.  (Doc. No. 19.)  In light of the

21   parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v.*

22   *City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and

23   without an award of attorneys' fees and costs to either party.  Accordingly, the Clerk of the Court

24   is directed to close the case.

25   IT IS SO ORDERED.

26   Dated:  __July 13, 2016__                       _____

27                                                   UNITED STATES DISTRICT JUDGE

28

                                                1